AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT

APR 1, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rrp _____ DEPUTY

# FILED

Apr 1, 2021

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY     *Nancy Bochme*
Deputy Clerk, U.S. District Court

United States of America

v.

Karl Nwabugwu Odike Ifemembi,

Defendant(s)

UNDER SEAL

Case No.   **8:21-mj-00225 DUTY**

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 27, 2010, to May 26, 2011, in the counties of Orange and Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §1425(a) | Unlawful procurement of citizenship or naturalization. |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Carlos A. Feliciano, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___ April 1, 2021 ___

City and state: Santa Ana, California

**DOUGLAS F. McCORMICK**
*Judge's signature*

Hon. Douglas F. McCormick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Charles Pell x3542

## **A F F I D A V I T**

I, Carlos A. Feliciano, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. I make this affidavit in support of a criminal complaint against, and arrest warrant for, Karl Nwabugwu Odike Ifemembi, whose true identity is "Modestus Nwabugwu Ifemembi" (hereinafter referred to as "defendant"), for violating Title 18, United States Code, Section 1425(a) (unlawful procurement of citizenship or naturalization).

2. The facts set forth in this affidavit are based upon my personal observations, my review of the documents and records discussed herein, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. SUMMARY OF PROBABLE CAUSE

3. A multi-year investigation by the United States Department of Homeland Security - Office of Inspector General (DHS-OIG), United States Citizenship and Immigration Services (USCIS) - Office of Investigations, and the United States Department of State, Diplomatic Security Service (DSS), has uncovered that a current U.S. government employee obtained U.S.

citizenship in a fake identity, which he has been living under for a decade.

4.    In 2000, defendant used a UK passport in another person's name but altered to display defendant's photograph to fly into and enter the United States at Chicago, Illinois, but was caught there by U.S. immigration.  However, he then claimed and was granted asylum, and ultimately obtained naturalized U.S. citizenship, using false information as to his identity, including the country in which he was born.

5.    Subsequent investigation – including the under-oath testimony of defendant's half-brother, on-the-ground interviews in Africa, and the 2019 search of defendant's residence in Orange County, California – ultimately revealed that defendant is actually a Nigerian national named "Modestus Nwabugwu Ifemembi" who has been living in the United States under the fake identity of "Karl Nwabugwu Odike Ifemembi," including using a false date and place of birth, among other falsities.

6.    Further, the investigation uncovered that not only did defendant obtain U.S. citizenship in that fake identity in 2011, but he has also been employed as an immigration officer with U.S. Citizenship and Immigration Services in Los Angeles for more than seven years, since approximately July 2013.

7.    Defendant committed multiple violations of federal criminal law by unlawfully procuring U.S. citizenship and obtaining a U.S. passport with false statements as to his real

identity.[1]  Further, during multiple U.S. background
investigations, defendant also made multiple false statements.

### III. __BACKGROUND OF AFFIANT__

8.   I am a Special Agent (SA) with DHS-OIG, and have been
so employed since February 2009.  I am currently assigned to the
Los Angeles Resident Office.  I have a Bachelor of Arts in
Criminology Law and Society from the University of California,
Irvine.  From November 2006 through January 2009, I was employed
as Program Analyst with Office of Emergency Management
Oversight, DHS-OIG, Oakland Office, where I performed grant
reviews and audits of various Federal Emergency Management
Agency projects.  In addition, I have received formal training
and certification from the U.S. Department of Agriculture
Graduate School on auditing standards and the prevention and
detection of fraud.  For my current position, I received formal
training at the Federal Law Enforcement Training Center (FLETC)
relating to the investigation of identity theft, immigration
fraud, and financial crimes.  I am a member of National
Technical Investigators' Association (NATIA), and I hold
certifications as a Technical Investigator from FLETC as well as
NATIA.  I have assisted in and/or personally conducted
investigations involving identity theft, immigration fraud, and
passport fraud.  I have also received further training and
experience in immigration fraud and passport violations from the

---

[1] 18 U.S.C. § 1425(a) provides that "[w]hoever knowingly
procures or attempts to procure, contrary to law, the
naturalization of any person" commits a federal criminal
offense.

DHS-OIG-led investigative team.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

Based upon my review of immigration records, search warrant documents and digital files, interview reports, and discussions with other law enforcement officers in this investigation, as well as my participation in this investigation, I learned the following:

**A.   <u>In March 2000, defendant enters the United States using an altered UK passport in someone else's identity.</u>**

9.   I reviewed INS records about an incident that occurred at Chicago O'Hare airport on March 16, 2000, which involved an altered foreign passport.  From that review, I learned the following:

10.   On or about March 16, 2000, an individual posing in the identity "Karlos G.E." arrived to Chicago O'Hare airport from France, using United Kingdom of Great Britain and Northern Ireland passport number xxxx0484 in that name with date of birth 10/xx/1973:



11.   Based upon my review of that passport, I determined that the photograph displayed on that passport was of defendant.

12.   The boarding pass showed that the flight was from Paris De Gaulle airport.

13.   The individual using the identity "Karlos G.E." was referred to secondary inspection at the Chicago airport.

14.   That same day, U.S. immigration officers interviewed the individual who was using the "Karlos G.E." passport, later identified as defendant, and he provided a signed, written statement, which I reviewed.   According to that statement:

a.   The name on the passport, "Karlos G.E.", was not his true name.   He said that he had obtained that passport in Paris, where "some white guys and some black guys in Paris" took his photograph and then gave him back the passport that then displayed his photograph.

b.   He said that his real and complete name was "Karlos Mourfy" and that he was not known by any other name.

c.   He claimed that he had never applied for a visa to enter the United States because he was a refugee in Nigeria and could not apply.

d.   He said that the DOB on the altered passport in the other person's name was actually his true date of birth: 10/xx/1973.

e.   He said he was born in Sierra Leone, where he said his mother and brother had been killed.

f.   He said he came to the United States to seek asylum and to further his education.

5

15.   From approximately March 17, 2000, to May 17, 2000, defendant was detained in immigration jail.

16.   I confirmed with U.S. Department of State, DSS, which had reviewed that passport in the name of "Karlos G.E." (UK Passport #XXXXX0484, expiration April 29, 2004), that DSS had determined that the passport was valid, but that its photograph had been altered to display defendant, instead of the true individual "Karlos G.E."

17.   U.S. Department of State, DSS, agents confirmed that the above passport had been genuinely issued in the identity of "Karlos G.E.", but was reported lost.  In January 2019, UK resident Karlos G.E. was interviewed by DSS, and Karlos G.E. stated that he did not know anyone by the name of Modestus Ifemembi, Karl Nwabugwu Odike Ifemembi, Nwabugwu Odike Ifemembi, Modestus Nwabugwu Ifemembi, or Karlos Mourfy.  Karlos G.E. also said that he had never authorized anyone to use his identity for any purpose.

**B.   Defendant is granted asylum and claims his real name is "Karlos Mourfy."**

18.   In May 2000, after illegally using the altered UK passport to fly to Chicago, Illinois, defendant was granted asylum.

19.   Thereafter, defendant lived in the United States using the name of "Karlos Mourfy."

**C.   Defendant graduates college and law school in the name "Karl M Mourfy."**

20.   In or about 2004, defendant graduated with a

Bachelor's degree from the University of California, Berkeley, in the name of "Karl M Mourfy."

21.  In or about 2008, defendant graduated with a law degree (J.D.) from the University of Oregon, School of Law, in the name of "Karl M Mourfy."

**D.   In 2011, defendant obtains naturalized U.S. citizenship in the name "Karl Nwabugwu Odike Ifemembi."**

22.  I obtained a copy of USCIS Form N-400, "Application for Naturalization," using the name of "Karlos Mourfy," dated November 27, 2010, which I have reviewed.  From that review and other documents related to that application, I know that:

23.  In that Form N-400, defendant – using the identity "Karlos Geoffrey Mourfy" – stated in Part 1, Box D, of the application that he wanted to change his name to "Karl Nwabugwu Odike Ifemembi."

24.  On that form, in Part 1, Box C, defendant claimed that he had not used any other names before.

25.  In Part 11 of the application, using the name Karlos Mourfy, defendant signed under penalty of perjury that the contents of his application were true and correct and dated it November 27, 2010.

26.  On or about April 26, 2011, defendant was subsequently interviewed as part of that application process and was questioned as to various answers on his application, during which he swore to the accuracy of that application.

27.  On or about April 26, 2011, using the name Karlos Mourfy, defendant signed and swore under penalty of perjury that

the contents of his application were true and correct.

28.  On or about April 26, 2011, using the name "Karl Nwabugwu Odike Ifemembi", defendant signed the acknowledgment at the bottom of the application.

29.  On or about May 26, 2011, in Los Angeles, California, defendant obtained U.S. citizenship in the name of "Karl Nwabugwu Odike Ifemembi."

30.  I recognize the photographs on the immigration filings in the names of "Karlos Geoffrey Mourfy" and "Karl Nwabugwu Odike Ifemembi" to be defendant.

E.  **Two years later, defendant is hired by the federal government in a position with the U.S. Citizenship and Immigration Services.**

31.  I reviewed the U.S. background and employment information for defendant in the name of "Karl Nwabugwu Odike Ifemembi."  From that review, I know the following:

a.  Defendant was hired by USCIS and began working in or around July 2013.

b.  Defendant's title is Immigration Services Officer.

c.  Defendant's duty station was the USCIS Los Angeles field office, but was recently transferred to the Potomac Service Center, in Arlington, Virginia.

d.  Defendant is currently employed by USCIS.

32.  Because they hold a position of trust with the U.S. government, government applicants and employees must undergo initial and periodic background investigations.  As part of that

investigative process, such applicants and employees must complete the Electronic Questionnaire for Investigations Processing (E-QIP), which is a document that contains many background facts, such as place of birth, associates, education, residence, drug use, and relatives.

33.  2013 background questionnaire:

a.  On or about June 5, 2013, defendant used the name "Karl Nwabugwu Odike Ifemembi" to submit his E-QUIP questionnaire.

b.  Defendant signed the form with date June 5, 2013, on the "Signature Forms" page under the "Certification" section, which confirmed that his statements were true, and that: "I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. § 1001)."

c.  In Section 5 of that form, entitled "Other Names Used," defendant stated that in or around May 2011, he had changed his name to "Karl Nwabugwu Odike Ifemembi" from "Karlos Mourfy" (with no NMI), claiming the reason was because he wanted to use his original family last name: "I decided to change it back to the original family last name."  Other than that, defendant certified that he had not ever used any other names.

i.  As detailed above, that statement was false, because he had previously used an altered passport in the name "Karlos G.E." to initially enter the United States in 2000, which at that time, he had admitted was not his true name.

d.  In Section 18 of that form, entitled "Relatives,"

9

defendant stated that both his mother and father were deceased. He stated that his mother's name was "Benedatte Ihuoma Ifemembi," from Akuma, Nigeria, with maiden name "Ejekwe."  He stated that his father's name was "Boniface Odike Ifemembi," also from Akuma, Nigeria.

       e.   In that same section, defendant identified a "Half-brother" with the name O.B.I. from Lagos, Nigeria.

       f.   On June 19, 2013, defendant was interviewed and provided the Naturalization Certificate Document number for his half-brother, whom he identified as O.B.I.

        i.   I confirmed that that number corresponded to defendant's half-brother, whose name is B.O.I. (defendant had reversed the B and the O in the name) and is discussed below.

       g.   In Section 17 of the background form, entitled "Marital/Relationship Status," defendant listed that he was currently married to O.I.  (O.I. is also currently employed by USCIS, in the fraud detection and national security directorate.)

    34.   <u>2018 background questionnaire</u>:

       a.   On or about May 12, 2018, defendant again completed background paperwork with the U.S. government, which I have reviewed.  From that review, I learned the following:

       b.   Defendant electronically signed the form on or about May 12, 2018, on the "Signature Forms" page under the "Certification" section, which confirmed that his statements were true, and that: "I understand that a knowing and willful false statement on this form can be punished by fine or

imprisonment or both (18 U.S.C. § 1001)."

     c.  On the form, just like with his 2013 background form, he stated that both his mother and father were deceased. He stated that his mother's name was "Benedatte Ihuoma Ifemembi," from Akuma Nigeria, with maiden name "Ejekwe." He stated that his father's name was "Boniface Odike Ifemembi."

     d.  On the form, just like with his 2013 background form, defendant identified a "Half-brother" with the name O.B.I. from Lagos, Nigeria. I confirmed that defendant's half-brother is named B.O.I. (discussed below).

     e.  On that form, just like with his 2013 background form, defendant stated that the reason he had changed his name from "Karlos Mourfy" (with no NMI) to "Karl Nwabugwu Odike Ifemembi" was: "I decided to change it back to the original family last name."

**F.    <u>Defendant's half-brother testified under oath that defendant's true identity is "Modestus Ifemembi" — and not "Karl Nwabugwu Odike Ifemembi" — and defendant was born in Nigeria.</u>**

35.  In February 2019, B.O.I. (the individual whom defendant had identified on his government forms as defendant's half-brother O.B.I., reversing the B and the O in the name) testified under oath to the following:

36.  He was born in Lagos, Nigeria.

37.  His mother's name is S.I., who is currently living in Akuma, Nigeria.

38.  His father's name is "Bonaface Ifemembi," who passed

away in the 1990s.  (That is the same individual whom defendant identified on multiple documents as defendant's father.)

39.   He first came to the United States in 1980, and became a naturalized U.S. citizen in the 1990s.

40.   His half-brother is named Modestus Nwabugwu Ifemembi, who was born in Enugu, Nigeria.  Modestus and he share the same father, Bonaface Ifemembi, but do not share the same mother. Modestus's mother's first name was "Benedatte."

41.   Defendant is his half-brother Modestus Ifemembi.  He also identified photographs of defendant as being his half-brother Modestus Ifemembi.

42.   Their father was the "traditional ruler" of their village in Akuma, Nigeria.

43.   In or around 1998, he filed a petition with U.S. immigration to bring his half-brother Modestus Nwabugwu Ifemembi to the U.S. as an alien relative.

   a.   Based upon my review of immigration records, it appears that in or around May 1998, B.O.I. submitted Form I-130 (entitled "Petition for Alien Relative") on behalf of "Modestus Nwabugwu Ifemembi."  My review further revealed that:

      i.   B.O.I. checked the box "Brother/Sister" for the question no. 1 "The alien relative is my."

      ii.   For box C.3. "Place of birth", B.O.I. listed "Nigeria."

      iii. B.O.I. signed the petition dated on or about April 28, 1998.

      iv.   In support that petition, B.O.I. submitted

12

documents.  From my review of those documents, they appear to be fraudulent, for the purposes of representing defendant's age as under 21 (so he could qualify to come to the United States).

G.    **Defendant's half-brother's immigration files also support**
      **that defendant's true identity is "Modestus Ifemembi."**

44.  As discussed above, on his 2013 and 2018 U.S. Government background forms, defendant identified B.O.I. (reversing the B and the O in the name, as O.B.I.) as his "Half-brother," from Lagos, Nigeria.

45.  I reviewed the immigration filings for B.O.I., which included his naturalization and background paperwork.  Based upon that review, I know the following:

46.  In or around April 1993, B.O.I. became a naturalized U.S. citizen, in Los Angeles, California.

47.  In or about December 1985, B.O.I. submitted a supplemental immigration document stating that he had two brothers, whom he identified as "Collins D. Ifemembi" with place of birth Akuma, Nigeria, and "Nwabugu Ifemembi" with place of birth Enugu, Nigeria.  On that form, B.O.I. stated that both of his brothers' dates of birth were unknown, and that he also had two additional siblings who are female.

48.  On or about May 1, 1998, B.O.I. submitted a Department of State Form I-30, "Petition for Alien Relative," Receipt Number WAC9814850840, on behalf of his sibling named "Modestus Nwabugwu Ifemembi," with date of birth 10/xx/1979, and place of birth Nigeria.

a.  As detailed below, in text messages with his

wife, defendant appears to refer to that petition as applying to him.

**H.**   **Federal agents travel to Africa, conduct interviews, and obtain documents that indicate defendant's true identity is "Modestus Ifemembi," and that defendant was born in Nigeria, not Sierra Leone.**

49.   Summary: DSS Agents conducted fieldwork in Freetown, Sierra Leone, and Akuma, Nigeria, that included witness interviews and the receipt and analysis of records, photographs, and other documents, which reports and records I have reviewed. As discussed directly below, from that review, I believe that Modestus Ifemembi – and not "Karlos Mourfy" nor "Karl Nwabugwu Odike Ifemembi" – is defendant's true identity.

50.   In or about September 2018, DSS Regional Security Officers (RSOs) visited Akuma, Nigeria, and spoke with K.M.  She identified herself as the cousin of "Nwabugwu Odike Ifemembi." K.M. was shown a copy of the UK Passport #XXXXX0484 with the photograph of defendant (which defendant had used to enter the U.S. in 2000), and she identified that image as that of her cousin "Nwabugwu Odike Ifemembi."  Membi also stated that "Nwabugwu Odike Ifemembi" is a "prince" in that town.

51.   DSS Agents coordinated with the Sierra Leone Deputy Registrar for Births and Deaths, who found no records for the birth or death of anyone named "Karl Nwabugwu Odike Ifemembi" with date of birth 10/xx/1973.

52.   DSS Investigative Specialist Daniel Rosenblum provided SA Kraig Kanahele with an immigration petition (LGSXXXXX24024NC)

submitted on behalf of "Modestus Nwabugwu Ifemembi" by his half-brother, U.S. citizen B.O.I.

    a.   The associated Form I-130 stated that Modestus Ifemembi had been born in Nempi, Imo State, Nigeria, on October xx, 1979.  Supporting documents for that petition – some of which appear to me to be fraudulent – included the following:

    i.   Birth Certificate issued by Bex Memorial Hospital in Nempi, Imo State, on either November 12, 1979, or December 11, 1979.  The certificate states Modestus was born on October xx, 1979, and identifies his father as Boniface Ifemembi and his mother as Benedatte Ifemembi.

    (I)  Those are the same individuals who defendant listed as his parents on his 2013 and 2018 background forms.

    (II) Examination of an electronic copy of the birth certificate determined that while it was purportedly issued in 1979, it lacked any creases, tears, or other wear generally associated with documents of similar age.

    (III)   It also lacked a serial number or any other marking indicating it was a recently issued certified copy.

    ii.   Testimonial for Baptism issued by the Catholic Diocese of Orlu, St. John's Parish Akuma.  The testimonial states Modestus Ifemembi was baptized on November 16, 1979, by Minister M. Eneja and also received his first communion at St. Michael's in Akatta on either April 7, 1985, or July 4, 1985.  Examination of an electronic copy of the

document determined it appeared to be newly issued as it lacked any tears or other wear generally associated with older documents.

        iii. An affidavit signed by Headmaster Benedict Amasiatu, dated August 2, 1997, in which he states that in 1984, Modestus Ifemembi was admitted into primary grade one at the Central School Akuma, and that Modestus Ifemembi's father is Boniface Ifemembi and his mother is Benedeth Ifemembi.

53. On December 5, 2018, DSS CFI Afis Hameed and SA Kanahele visited the Central School Akuma and met with the Headmaster, Lady Benedict Mgbeme. I reviewed the report of that visit, from which I learned the following:

        a. Agents reviewed the school's attendance registers, which showed that:

        i. A student named B.I. (actually B.O.I.), age 12, attended the school in June 1967; and

        ii. Another student named Modestus Ifemembi, age 11, attended the school in 1983.

        b. A review of all available records failed to identify any records for anyone named Nwabugwu Odike Ifemembi or Karl Nwabugwu Odike Ifemembi.

54. On December 5, 2018, DSS CFI Afis Hameed and SA Kanahele then met Benedict Amasiatu at the St. Nicholas Hospital. I reviewed the report of that interview, from which I learned the following:

        a. Amasiatu was shown the affidavit dated 08/02/1997 that he had signed, which had been submitted in support of the

petition for "Modestus Nwabugwu Ifemembi" by his half-brother, U.S. citizen B.O.I.

b.    Amasiatu verified it bore his signature, and he said that "Everything stated in the affidavit was true and accurate at the time."  (That affidavit provides that "Modestus Nwabugwu Ifemembi" was a native of Akuma, Nigeria, with parents Boniface Ifemembi and Benedeth Ifemembi, but writes (falsely) that Modestus was born on 10/xx/79.)

c.    Amasiatu was then shown a photograph of defendant obtained from his 2013 U.S. passport application (DS-11 No. XXXX78011).  Amasiatu identified the photograph as "Modestus Ifemembi."

I.    **On each of the birth certificates for his children born in the United States in 2014 and 2016, defendant listed his place of birth as Nigeria, not Sierra Leone.**

1.    2014: Defendant listed his place of birth as Nigeria on his daughter's birth certificate

55.    On the Orange County birth certificate (registration no. xxxxxxxxx3175) for defendant and his wife O.I.'s daughter born in 2014, named N.Am.I., in the box for place of birth for defendant, he listed "NIGERIA":



| FATHER/PARENT | 6A. NAME OF FATHER/PARENT - FIRST | 6B. MIDDLE | 6C. LAST | 7. BIRTHPLACE - STATE/COUNTRY |
|---|---|---|---|---|
| | KARL | NWABUGWU ODIKE | IFEMEMBI | NIGERIA |

56.    Defendant signed the birth certificate dated January 29, 2014.

57.    This document was found during the 2019 search of defendant's residence.  Agents also obtained a certified copy from the Orange County Clerk-Recorder, which was identical.

2. <u>2016: Defendant listed his place of birth as Nigeria on his son's birth certificate.</u>

58. On the Orange County birth certificate (registration no. xxxxxxxxx8916) for defendant and his wife O.I.'s son born in 2016, named N.Ar.I., in the box for place of birth for defendant, he listed "NIGERIA":

| NAME OF PARENT | 6A. NAME OF PARENT - FIRST | 6B. MIDDLE | 6C. LAST - BIRTH NAME | 6D. ☐ MOTHER ☒ FATHER ☐ PARENT | 7. BIRTHPLACE - STATE/ COUNTRY |
|---|---|---|---|---|---|
| | KARL | NWABUGWU | IFEMEMBI | | NIGERIA |

59. Defendant signed the birth certificate dated June 25, 2016.

60. This document was found during the 2019 search of defendant's residence. Agents also obtained a certified copy from the Orange County Clerk-Recorder, which was identical.

**J.   The February 2019 search of defendant's residence uncovers many documents showing that defendant's true identity is "Modestus Ifemembi" from Nigeria.**

61. On February 5, 2019, the Honorable John D. Early, United States Magistrate Judge, authorized a federal search warrant for defendant's then-residence in Aliso Viejo, California (case no. 8:19-MJ-00062).

62. On February 7, 2019, agents with DHS-OIG, USCIS-OI, and DOS-DSS and I executed that search warrant, during which we seized multiple hard documents:

a. As related below, based upon my and other agents' review of some of those seized documents, they appear to be original documents.

b. <u>Undated photograph of defendant, defendant's half-brother B.O.I., and defendant's wife O.I.:</u>

i.   Agents found this document in one of the bedrooms (not master bedroom) of defendant's residence.

ii.   It was found in a suitcase with various other photographs.

iii. The photograph of defendant, his half-brother B.O.I., and defendant's wife O.I. appears to be at a table at a restaurant.

c.   "St. Mary's Parish/Iva-Valley/Diocese of Enugu" booklet in name of defendant's true identity "Modestus Ifemembi":

i.   Agents found this document in the master bedroom of defendant's residence.

ii.   This appears to be an original dated document, *e.g.*, with creases, stains, and colored ink.

iii. This document lists on the respective pre-printed lines, the following answers;

(I)   "Christian Name": "Modestus".

(II)  "Ibo Name": "Nwabugwu".

(III)   "Father's Name": "Boniface Ife".

(IV)  "Mother's Name": "Benadatte".

(V)   "Town": "Akuma".

(VI)  "Date of Birth": 05-xx-72.

(A)   Based upon my review, this DOB matches some of the school records found during the search of defendant's residence.

(VII)      "CONFIRMED on": 06/08/1985 (written as "8/6/85"):




iv.   On the back of this booklet, there is a handwritten note: "Birth certificate 15th October 1978".

v.   The signature on this booklet for the parish priest as well as the confirmation date matches the next document.

d.   <u>06/08/1985 "Certificate of Confirmation" in name of defendant's true identity "Modestus Ifemembi":</u>

i.   Agents found this document in the master bedroom of defendant's residence.

ii.   This appears to be an original dated document, *e.g.*, with creases, stains, and colored ink.

iii. It provides: "This is to certify that Modestus Ifemembi of Akuma village and town was confirmed":



e.   07/01/1997 letter and envelope from defendant's half-brother B.O.I.:

i.    Agents found this document in the master bedroom of defendant's residence.

ii.   This appears to be an original document.

iii. The envelope was addressed to "Mr. Nwabugwu Ifemembi" and was from defendant's half-brother B.O.I.

iv.   The letter begins "Dear brother."

v.    It discusses obtaining fraudulent documents to keep defendant's age below 21 years old so defendant could qualify under immigration requirements: "The birth certificate

you sent did not meet the Immigration and Naturalization Service requirement ... I will like you to change your date of birth to 1979.  This is very important because you need to be under twenty one years old for you to come over here."

      f.   <u>08/11/1997 handwritten letter from M.N. Ifemembi</u>

         i.   Agents found this document in the master bedroom of defendant's residence.

         ii.  This appears to be an original document.

         iii. Page 2 of this letter lists from "Your brother M.N. IFEMEMBI" and contains a signature above that name. That signature resembles defendant's known signatures on various documents that I have reviewed, including defendant's 2011 Form N-400 (Application for Naturalization), 2013 e-QIP, and 2013 U.S. passport application.

         iv.  The letter begins "Dear brother," and in the first paragraph writes "Your letter dated 1st July was received in good faith though it came to me very late."

         (I)  This appears to me to refer to the letter written by defendant's half-brother B.O.I. of that date, which was detailed above.

         v.   This letter also refers to the fact that the INS had rejected the birth certificate that B.O.I. had tried to use for defendant but that he could get a new one: "Brother, I was surprised that the birth certificate I sent was turned-down by the INS people, though I managed to get a new one in its place..."

         vi.  The letter also refers to paying for those

different documents to be created: "Brother, I spend #12000
(Twelve Thousand [unknown currency]) in all to get the old and
the new documents…"

      vii. At the end of the letter, underneath the
signature, it writes: "N.B. I do enclose with this letter" and
lists six documents.  Based upon my review of the immigrant visa
petition for alien relative submitted by defendant's half-
brother B.O.I. in April 1998 on behalf of "MODESTUS NWABUGWU
IFEMEMBI," those six documents match the documents submitted in
support of that immigration petition.

      g.   <u>08/11/1997 "Affidavit of Facts" signed in name of
Modestus Ifemembi and representing that he is a Nigerian native
and citizen</u>:

      i.   Agents found this document in the master
bedroom of defendant's residence.

      ii.  This appears to be an original document.

      iii. This document contains a signature that
resembles defendant's known signatures on various documents that
I have reviewed, including defendant's 2011 Form N-400
(Application for Naturalization), 2013 e-QIP, and 2013 U.S.
passport application.

      iv.  The document begins: "I, Modestus Nwabugwu
Ifemembi, a native of Ubaha Akuma in Oru East Local Government
Area of Imo State of Nigeria, a Christian and a true citizen of
the Federal Republic of Nigeria…."

      v.   Paragraph 1 of that affidavit writes: "That
Mr. [B.O.I.] is my brother."

vi.   Paragraph 2 of that affidavit writes: "That I, Modestus Mwabugwu Ifemembi and Mr. [B.O.I.] are the two sons of Mr. Boniface Ifemembi of Ubaha Akuma in Oru East Local Government Area of Imo State of Nigeria."

h.   <u>Various Nigerian school records listing defendant's true identity of "Modestus Ifemembi"</u>:

i.   Agents found multiple school-related documents in the master bedroom of defendant's residence.

ii.   Those records bear the names "Modestus Ifemembi," "Modestus N. Ifemembi," "Modestus Nwabugwu Ifemembi," and "Nwabugwu M. Ifemembi."

iii. None of those records contained the name "Karl Nwabugwu Odike Ifemembi." (Note: approximately 10-15 other documents in the name of "Karl M. Mourfy", which appear to be fabricated, were also found elsewhere in the residence.)

iv.   Each of the Nigerian school records are dated from 1988 through 1994.

v.   One of the Nigerian school records dated May 28, 1991, from Akuma Secondary School Akuma ORU L.G.A. IMO State, Nigeria, bears the student name "Modestus N. Ifemembi" and lists DOB 1972, and a photograph of a child is attached. This appears to be an original document:

IMO STATE EDUCATION BOARD

**AKUMA SECONDARY SCHOOL AKUMA**

ORU L. G. A. IMO STATE, NIGERIA.

School Leaving Certificate & Testimonial

NAME OF STUDENT IFEMEMBI MODESTUS N.

DATE OF BIRTH 1972

ADMISSION NO 731

DATE OF LEAVING 1990

SS 3

       vi.   Additional records entitled "Official Receipt" and "Joint Admission and Matriculation Board" in Ikoyi, Lagos dated June 7, 1994, lists that Modestus N. Ifemembi paid a 160 naira fee and received registration number #94170988He.

       vii.   Other records such as the "1994 University Matriculation Examination Notification of Results" and the "Joint Admission and Matriculation Board" bear the name "Modestus Nwabugwu Ifemembi" and the registration number #94170988Hc.

        viii.     Another school related record entitled "The West African Examinations Council Senior School Certificate", which also appears to be an original document, contains the name Modestus N. Ifemembi:



      i.   Undated three-page funeral booklet for "His Royal Highness Eze Boniface Oduike Ifemembi":

        i.   Agents found this document in the master

bedroom of defendant's residence.

               ii.  This appears to be an original document.

               iii. Handwritten at the top of the first page of the booklet is: "FOR PRINCE M.N. IFEMEMBI".

               iv.  On the first page of that booklet, "Traditional Ruler of Akuma/Amagu Autonomous Community" is typed beneath the name of the decedent.



               v.  Page 3 of the document lists 7 children (2 sons and 5 daughters), including:

(I)  "Prince [B.O.I.] – Son…"

(II) "Prince MODESTUS IFEMEMBI – Son…"

vi.  Page 22 of the document has 3 photographs with the description for two of them: "Some of Eze B.O. Ifemembi's children: Master Nwabugwu and Miss Ijeoma."

(I)  That photograph of "Master Nwabugwu" appears to match the photograph of the child in the Akuma secondary school document for "Modestus N. Ifemembi" that is displayed above.

j.  <u>November 1995 funeral rites booklet for "His Royal Highness EZE BONIFACE ODUIKE IFEMEMBI"</u>:

i.  Agents found this document in the master bedroom of defendant's residence.

ii.  This appears to be an original document.

iii. Handwritten at the top of the first page is: "FOR PRINCE M.N. IFEMEMBI".

iv.  Page 5 of the document lists 7 children (2 sons and 5 daughters), including:

(I)  "[O.] Ifemembi – Son (U.S.A.)"

(II) "Nwabugwu Ifemembi – Son"

k.  <u>Miscellaneous Nigerian financial documents</u>:

i.  Agents found these documents in the master bedroom of defendant's residence.

ii.  These documents bear the names "Modestus Nwabugwu Ifemembi," "Modestus N. Ifemembi," "Prince Modestus Nwabugwu Ifemembi," "Prince Modestus N. Ifemembi," "Prince M. N. Ifemembi," and "Prince Modestus Ifemembi."

28

iii. These documents range in dates from 1991 through 2004.

iv.  One of the documents was addressed to "Modestus N. Ifemembi" of the "Ifemembi Royal Family".

v.  Another of the documents is a letter dated 05/27/1998 from "Prince Modestus N. Ifemembi", which contains a signature above that name.  Based on comparisons to known signatures of defendant, including on defendant's 2011 Form N-400 (Application for Naturalization), 2013 e-QIP, and 2013 U.S. passport application, that signature appears to resemble those known signatures of defendant.

vi.  Another letter dated 04/20/1998 was addressed to "Modestus N. Ifemembi (Admor)" and "Eze Boniface Odike Ifemembi (Dec'd)."

(I)  As noted above, in defendant's U.S. government forms, defendant reported that his father was named "Boniface Odike Ifemembi."

vii. A photograph of a young man that is marked on the back "M Ifemembi." I believe that that photograph matches a similar photograph attached to the Nigerian school record dated 05/28/1991 for "Modestus N. Ifemembi."

63.  Also seized during the 2019 warrant of defendant's then-residence were several digital devices.  Review of those digital devices yielded the following digital documents, which also indicate that defendant's true identity is "Modestus Ifemembi":

a.   <u>03/12/2013 text message referencing that
defendant's half-brother B.O.I. had filed immigration petition
for defendant</u>:

i.   DHS-OIG and the investigative team reviewed
an HTC cellular phone found pursuant to the search warrant of
the Ifemembi residence.  The HTC phone appears to belong to
defendant's wife O.I., which various photos, messages, and
telephone numbers on the phone corroborated.

ii.  One text message between defendant and his
wife O.I. on March 12, 2013 provided: "I called Nigeria…I called
Mama. She just got my imagination [sic for "immigration"] letter
for visa interview three days ago. You know the filling [sic]
Obi did for me years ago. Funny."

iii. Based upon my review of that text message, I
believe it refers to the 1998 immigration petition that
defendant's brother B.O.I. had submitted for defendant, which
had used defendant's true name of Modestus Ifemembi.  (My review
of B.O.I's immigration files confirmed that B.O.I. had submitted
just one petition for an alien relative – for Modestus
Ifemembi.)

b.   That text message chain between defendant and his
wife O.I. continues:

i.   Defendant's wife O.I.: "They are just
getting the interview now? Seriously."

ii.  Defendant: "Yes. That was 2006."

iii. Defendant: "My bad."

iv.  Defendant: "1996"

30

v.   Defendant's wife O.I.: "Yeah.  It takes a long time for siblings."

vi.  Defendant: "Almost 20 years"

vii. Defendant's wife O.I.: "Yeah. Hmm."

viii.   Defendant: "Thanks goodness I didn't wait."

ix.  Defendant: "I will [sic for "would"] be coming to the United States now."

x.   Defendant's wife O.I.: "Haha.  That would be too late for you."

xi.  Defendant: "Yes.  Oh well.  I just wanted to let you know what I have been the doing."

c.   <u>"Personal letter for Ann Louise Litin Award Final.doc" (dated 03/13/2007)</u>

i.   During the 2019 search of defendant's residence, agents seized a Dell D610 laptop found in the living room.

ii.  One of the documents found on that digital device was a two-page letter named "Personal letter for Ann Louise Litin Award Final.doc."

iii. The second paragraph of that document writes: "I am a citizen of the West African country of Nigeria." It also discusses defendant's allegedly witnessing problems in Nigeria.

iv.  It ends with "Sincerely, Karl Mourfy."

v.   The file's metadata shows that it was created and last edited on 03/13/2007, with author O.A.

31

(defendant's wife, with maiden name).

        vi.  There is another file named "Personal letter for Ann Louise Litin Award.doc" dated and last edited on 03/08/2007, which likewise has a second paragraph beginning with the same sentence.

    d.   <u>"personal letter.doc" (dated 01/17/2006)</u>

        i.  During the 2019 search of defendant's residence, agents seized a Dell D610 laptop found in the living room.

        ii.  One of the documents found on that digital device was named "personal letter.doc," which the metadata indicates was created and last edited on 01/17/2006.

        iii. The first sentence of the first paragraph of that document is: "I am a citizen of the West African country of Nigeria."

        iv.  There is another file named "personal letter edited.doc" of the same date, which begins with the same sentence.

    e.   <u>"My Dearest Mama" word document (created May 2009)</u>:

        i.  During the search, agents seized a Toshiba laptop, with computer name "KMOURFY-PC" and windows operating system registered under name "kmourfy."

        ii.  One of the documents saved on it was named "My Dearest Mama," which was created on May 23, 2009, with listed author "kmourfy."  It is 55 pages long with title "90 DAYS TO AMERICA: A Memoire By Nwabugwu Ifemembi".

iii. That document contains a passage that indicates that defendant is really from Nigeria, and not Sierra Leon: "The last time I saw you, I was on my way for visa interview with French embassy in Lagos. Well I did get the visa and travel to Paris." The document then explains how an individual named "Eric" meets him in Paris and takes care of him, and continues: "I discussed with Eric possibility of me going to Britain or America.  He told me that I need to return to Nigeria and apply for visa to those countries. According to him my staying in France is just a vacation and I should enjoy it and return to home. I smiled after hearing his opinion, and then I told him that I will rather die trying to stay in Europe than to return to Nigeria without a fight. At first he thought I was joking but soon he was quick to realize my determination and seriousness on the matter."

iv.  On page 10 of the document, under the section entitled "Planning to Travel to US," it writes: "Eric reasoned that since I have a relative in the U.S, coupled with my mastery of English language it will not be difficult for me to adjust. That night he called Obi and shared his idea with him. He asked Obi to object to his views if he has any disagreement with him. Obi raised no objection, but he agreed that should Eric bring me to Germany, he would fly in to Germany and bring me back to US."  Defendant then laments that his half-brother "Obi" did not come to bring him to the United States.

v.   On page 11 of the document, it writes about defendant's purchasing a passport:  "I was reeling from the

disappointment of not seeing Obi, when we discovered that the people that we paid to get me French passport in the black markets have run away with our money." … "After two months in Paris, Sy-B called to inform us that he has obtained a British passport for me. Days later he called to ask that we sent him another passport photograph. He stated the one I took during his visit to Paris did not meet the required specification. This we quickly did and send it by overnight express mail to him in London. The following week my fourth week in Paris Sy-B arrived with my passport to Paris."

> vi.   It then continues with defendant's admission that he was afraid of being deported to Nigeria if discovered by U.S. authorities: "Before his arrival I have seek outside opinion on the danger that involved my plan understaken. [sic] I consulted someone from our town that lies in Sitzerland.  [sic] He told me that it is a risky undertaken [sic] and that I will be deported to Nigeria if caught by the relevant authorities in the United States."

> vii. On pages 12 and 13 of the document, it also discusses defendant's arrival in Chicago: "we arrived at Chicago. Before I could walk to the check in point to board my connecting flight to Los Angeles I was stopped by US immigration official. My thick African accent cannot pass as British. Try as I may, I was fighting a losing battle. Chris asked me to voluntarily seek refugee statues [sic] I refused."

> viii.   On page 54, the document also appears to address defendant's justification and feelings towards using

34

his assumed name: "In my culture this supposed not to be, for a son to reject his family name for a new one. But here I am with a new name, in a new country flying to California…."

      f.   "Ogechi battle with parents discussion.doc" (created 10/27/2008):

        i.  Also found on the Toshiba laptop was a 24-page Word document with the above name, which appears to have been created on or about October 27, 2008.

        ii.  My Review of the document showed raw text most likely typed or copied from a series of chat messages between the user names of defendant's wife O.I. and "emmygell."

        (I)  The user name "emmygell" belongs to defendant.  On his 2011 application for naturalization, in Part 4c, defendant provided that email address.  This was further corroborated through HTC Cellular Phone Contacts (defendant's wife O.I.) which show an entry for Karl Ifemembi, which lists the email address emmygell@yahoo.com.  Additionally, the 2017 EQIP records for defendant's wife O.I. also lists defendant's email address as emmygell@yahoo.com.

        (II) In one of the chat messages conversations, using username "emmygell," defendant asks his wife O.I. to apply for a job on his behalf and "*use the new resume the one with nigeria exprerince* [sic]."  Defendant's wife O.I. responds: "*what should I call the resume KM Resume Nigeria?*" The user "emmygell" responds with "*yeah.*" Agent found and reviewed the document "KM Resume Nigeria" which is for a Karl M. Mourfy and lists work experience in the Imo State,

Nigeria.

        iii. The chat messages referenced defendant's wife's parents having issues with defendant and having called him a "liar."

        iv.  One message from "emmygell" (defendant) writes: "i know but we know the truth i can only wish that i came here in 1990" and defendant's wife O.I. responds with "Yeah. I saw your immigration papers."

        v.   That conversation continues, and "emmygell" wrote: "you know that eric help me to get here and eric went to play soccer abroad in 1998." O.I. responds with the messages "I know" and "But nothing I can say will convince them." "Emmygell" responds: "in short let me call obi right now," but O.I. appears to convince "emmygell" not to call or involve defendant's half-brother B.O.I.  The conversation continued, and O.I. discussed arguments she had with her mother: "And she said something about how your using a fake name" and "how you may end up having some immigration problems because she thinks you came in a shady way."  O.I. continues: "And she was asking if I would follow you to Nigeria."  "Emmygell" responds: "non [sic] of her business."  O.I. sent another message that stated: "Then my dad said 'Well he followed her to California she will probably follow him to Nigeria.'"

        g.   "KM Bio" word document (created 01/08/2008):

        i.   During the February 2019 search of defendant's residence, agents also seized a Sony laptop in one of the guest bedrooms.

ii.   On that digital device, agents found a file named "KM Bio," which showed it was created on or about January 8, 2008.  It is a one page Word document.

iii. At the top of the page, it lists: "Nwa Ifemembi c/o Karl M. Mourfy"

iv.   Under that name and associated address, it contains one paragraph: "Nwa Ifemembi grew up in Nigeria. His dad was a traditional ruler of his village.  As a result he was deeply immersed in the culture and traditions of his people. … Nwa obtain his Primary and Secondary education in Akuma Primary and Secondary school. He was also educated at the University of California Berkeley, where he studied Political Science. Currently, he is a third year law student in University of Oregon at Eugene, specializing in International Law and Intellectual Property Law."

v.   Based upon my review of the underlying evidence, including school records from Nigeria, I believe that this paragraph is an admission by defendant of his true identity from Nigeria – not Sierra Leone.

K.   **Defendant made false statements in his 2011 application for naturalization (N-400), his 2013 passport application, and his 2018 U.S. government background forms.**

64.   <u>Application for naturalization</u>: On or about April 26, 2011, defendant was interviewed for his application for naturalization, Form N-400.  That application, which defendant had sworn and signed under penalty of perjury on April 26, 2011, contained multiple false statements, including the following:

a.   For question number 1C, defendant denied that he had used any other names other than his then-current name of "Karlos Mourfy."

i.   That statement was false because previously, defendant had used his true name of "Modestus Ifemembi."

ii.   That statement was false because defendant had fraudulently used the name of "Karlos G.E." when he had entered the United States in March 2000, using a fraudulently altered UK passport in that other person's name (but with defendant's photograph).

b.   Defendant listed his date of birth as 10/xx/1973.

i.   That statement was false, because defendant's true date of birth is May xx, 1972.

c.   Defendant listed his country of birth and country of nationality as Sierra Leone.

i.   That statement was false, because defendant was born in Nigeria, not Sierra Leone.

d.   Defendant answered "no" to the following question (no. 15): "Have you **ever** committed a crime or offense for which you were **not** arrested?" (emphasis in original)

i.   That answer was false, because defendant had committed the crimes of identity theft, false statement, and immigration offenses when he had entered the United States using a fraudulently altered UK passport in the name of someone else.

e.   Defendant answered "no" to the following question (no. 16): "Have you **ever** been arrested, cited, or detained by any law enforcement officer (including USCIS or former INS and

38

military officers) for any reason?" (emphasis in original)

    i. That answer was false, because defendant had been detained in or about March 2000, when he had fraudulent posed in the identity of "Karlos G.E." to try to enter the U.S. in that identity, and was detained for approximately two months.

    f. Defendant answered "no" to the following question (no. 21): "Have you **ever** been in jail or prison?" (emphasis in original)

    i. That answer was false, because when he was caught using a fraudulent passport to try to enter the United States with another person's identity in 2000, defendant was detained in immigration jail for approximately two months, from on or about March 17, 2000, to on or about May 17, 2000.

    g. Defendant answered "no" to the following question (no. 24): "Have you **ever** lied to any U.S. Government official to gain entry or admission into the United States?" (emphasis in original)

    i. That answer was false, because defendant attempted to pass himself off as "Karlos G.E." when presenting the altered passport in that name to try to enter the United States via Chicago in March 2000, but he was caught during secondary inspection.

  65. <u>U.S. passport application</u>: On or about May 22, 2013, defendant applied for a U.S. passport, which was issued on or about that same date.

    a. I reviewed U.S. Department of State records pertaining to the identity "Karl Nwabugwu Odike Ifemembi."  From

that review, I know that on or about May 3, 2013, defendant submitted a passport application in the name of "Karl Nwabugwu Odike Ifemembi" at a U.S. Post Office in Santa Ana, California.

b.   During his interview and on that application, defendant subsequently gave additional information for the passport application about his parents.  For information about his parents, "UNKNOWN" was crossed off, and the name of "Boniface Mourfy" was handwritten for defendant's father in box 10, and the name of "Susan B. Mourfy" was handwritten for mother.

i.   Those statements about the names of defendant's parents were false.  Defendant's father's name was Boniface Odike Ifemembi, and his mother's name was Benedatte I. Ifemembi (Benedatte Ihuoma Ejekwe).

c.   I recognize the photograph on the passport filing to match defendant.

d.   That application, which defendant had signed, also contained the following false statements:

i.   For place of birth (question no. 4), defendant entered "FREETOWN, SIERRA LEONE."

(I)   That answer was false, because defendant was born in Nigeria.

ii.   For "list all other names you have used" (question no. 9), defendant entered only one name: "Karlos Mourfy"/"Karlos Geoffrey Mourfy".

(I)   That answer was false because defendant did not list his true name of Modestus Ifemembi.

(II) That answer was also false because defendant did not list the name of "Karlos G.E.," which name and identity defendant had used to fly to and enter the United States in March 2000.

66.   U.S. government background investigation: On or about May 12, 2018, defendant submitted his Form SF-86 (Questionnaire For national Security Positions).  That form, which defendant had electronically signed, contained the following false statements:

a.   For the "place of birth," defendant entered "Freetown, Sierra Leone."

i.   That answer was false, because defendant was born in Nigeria.

b.   For "Other Names Used" (Section 5), defendant entered only one: "Karlos Mourfy," and answered "no" to the question of "Do you have additional names to enter."

i.   That answer was false because defendant did not list his true name of Modestus Ifemembi.

ii.   That answer was false because defendant did not list the name of "Karlos G.E.," which he had used when entering the United States in March 2000.

L.   **Defendant possessed identity information of another person related to his naturalization and passport fraud.**

67.   During the February 2019 search of defendant's then-residence, the agents seized the following *original* documents that contained identity information of a third party:

a.   A British Gas bill in the name of Karlos G.E.

(the identity defendant had fraudulently used to enter the U.S. in 2000).

        b.    A foreign driver's license in the name of Karlos G.E., numbered xxxx0103.

        c.    An Abbey National visa card in the name of Karlos E., with expiration date of January 2002.

## V.   CONCLUSION

68.   Based upon the information set forth above, there is probable cause to believe that Karl Nwabugwu Odike Ifemembi, whose true identity is "Modestus Nwabugwu Ifemembi," violated Title 18, United States Code, Section 1425(a) (unlawful procurement of citizenship or naturalization).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  1st day of April
2021.


## DOUGLAS F. McCORMICK
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE