FILED
CLERK, U.S. DISTRICT COURT

4/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MODESTUS NWABUGWU IFEMEMBI,<br>　aka "Karl Nwabugwu Odike<br>　　　Ifemembi,"<br>　　"Karlos Geoffrey Mourfy,"<br>　　"Karlos Mourfy,"<br>　　"Karl M. Mourfy,"<br>　　"Karlos Geoffrey<br>　　　Escoffery," and<br>　　"Nwabugwu Ifemembi,"<br><br>　　　　Defendant. | No. 8:21-cr-00070-JLS<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1425(a): Unlawful Procurement of United States Citizenship; 18 U.S.C. § 1542: Making a False Statement on a Passport Application; 18 U.S.C. § 1015(c): Use of Certificate of Naturalization Procured by Fraud; 18 U.S.C. § 1546(a): Fraud and Misuse of an Immigration Document; 18 U.S.C. § 1001(a)(2): False Statements; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1425(a)]

Beginning on a date not later than November 27, 2010, and continuing until on or about May 26, 2011, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant MODESTUS NWABUGWU IFEMEMBI, also known as "Karl Nwabugwu

Odike Ifemembi," "Karlos Geoffrey Mourfy," "Karlos Mourfy," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi," knowingly procured for himself, contrary to law, naturalization as a United States citizen, to which he was not entitled by:

(1) submitting a naturalization application after defendant IFEMEMBI had previously given false testimony to gain admission to the United States and to receive an immigration benefit; and (2) making, in connection with his naturalization application, the following material false statements, each of which he knew to be false when made:

False Statement No. 1: Defendant IFEMEMBI falsely reported that he had never used any other names other than his then-current name of "Karlos Geoffrey Mourfy," when, in fact, defendant IFEMEMBI had previously used the names of "Modestus Nwabugwu Ifemembi," "Nwabugwu Ifemembi," "Karl M. Mourfy," and "Karlos Geoffrey Escoffery."

False Statement No. 2: Defendant IFEMEMBI falsely reported that his date of birth was October 6, 1973, when, in fact, defendant IFEMEMBI's date of birth was not October 6, 1973.

False Statement No. 3: Defendant IFEMEMBI falsely reported that his country of birth was Sierra Leone, when, in fact, defendant IFEMEMBI's country of birth was Nigeria.

False Statement No. 4: Defendant IFEMEMBI falsely reported that his country of nationality was Sierra Leone, when, in fact, defendant IFEMEMBI's country of nationality was Nigeria.

False Statement No. 5: Defendant IFEMEMBI falsely answered "no" to the question, "Have you ever committed a crime or offense for which you were not arrested?" In fact, in or around March 2000, defendant IFEMEMBI committed offenses for which he was not arrested,

including use of a false, forged, counterfeited, and altered passport, in violation of 18 U.S.C. § 1543, fraudulent statement on U.S. nonimmigrant visa, in violation of 18 U.S.C. § 1546(a), and aggravated identity theft, in violation of 18 U.S.C. § 1028A, and defendant IFEMEMBI then entered the United States using a fraudulently acquired visa and an altered U.K. passport, each in the name of a false and stolen identity.

False Statement No. 6: Defendant IFEMEMBI falsely answered "no" to the question, "Have you ever been arrested, cited, or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason?"  In fact, in or around March 2000, defendant IFEMEMBI had been detained by former INS officers when he was caught using an altered U.K. passport in someone else's name to try to enter the United States.

False Statement No. 7: Defendant IFEMEMBI falsely answered "no" to the question, "Have you ever been in jail or prison?"  In fact, defendant IFEMEMBI was detained by U.S. immigration in jail from on or about March 17, 2000, to on or about May 17, 2000.

False Statement No. 8: Defendant IFEMEMBI falsely answered "no" to the question, "Have you ever given false or misleading information to any U.S. Government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?"  In fact, defendant IFEMEMBI had done so multiple times, including: (1) in or around April 2000, by providing false and misleading information on his Form I-589 application for asylum; (2) in or around May 2000, by providing false testimony under oath to the Immigration Judge presiding over his asylum hearing; and (3) in or around May 2001, by providing false and misleading information on his Form I-485,

"Application to Register Permanent Resident or Adjust Status."

<u>False Statement No. 9</u>: Defendant IFEMEMBI falsely answered "no" to the question, "Have you ever lied to any U.S. Government official to gain entry or admission into the United States?" In fact, defendant IFEMEMBI had done so in or around March 2000 by falsely stating to INS officials that he was ""Karlos Geoffrey Escoffery" and completing and signing an immigration form, Form I-94W, in that name.

<u>Revocation of Citizenship</u>

Notice is hereby given that upon conviction of this Count of the Indictment, defendant IFEMEMBI's naturalization shall, by Court Order, be revoked, set aside, and declared void, and defendant IFEMEMBI's certificate of naturalization shall, by the same Court Order, be cancelled, pursuant to Title 8, United States Code, Section 1451(e).

COUNT TWO

[18 U.S.C. § 1542]

On or about May 3, 2013, in Orange County, within the Central District of California, defendant MODESTUS NWABUGWU IFEMEMBI, also known as "Karl Nwabugwu Odike Ifemembi," "Karlos Geoffrey Mourfy," "Karlos Mourfy," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi," willfully and knowingly made false statements in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant IFEMEMBI stated that: (1) his date of birth was October 6, 1973; (2) he was born in Freetown, Sierra Leone; (3) he had only used the other name of "Karlos Geoffrey Mourfy"; (4) his father's name was "Boniface Mourfy"; and (5) his mother's name was "Susan B. Mourfy."

In fact, as defendant IFEMEMBI then knew: (1) his date of birth was not October 6, 1973; (2) he was born in Enugu, Nigeria; (3) he had used the other names of "Modestus Nwabugwu Ifemembi," "Karlos Mourfy," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi"; (4) his father's name was "Boniface Odike Ifemembi"; and (5) his mother's name was "Benedatte Ihuoma Ifemembi."

COUNT THREE

[18 U.S.C. § 1015(c)]

On or about May 12, 2018, in Orange County, within the Central District of California, and elsewhere, defendant MODESTUS NWABUGWU IFEMEMBI, also known as "Karl Nwabugwu Odike Ifemembi," "Karlos Geoffrey Mourfy," "Karlos Mourfy," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi," knowingly used a certificate of naturalization, that is, his Certificate of Naturalization dated May 26, 2011, which defendant IFEMEMBI knew to be falsely made, otherwise procured by fraud, and otherwise unlawfully obtained, in that defendant IFEMEMBI had procured it by fraud and false evidence, and otherwise unlawfully, as charged in Count One of this Indictment.

COUNT FOUR

[18 U.S.C. § 1546(a)]

On or about February 7, 2019, in Orange County, within the Central District of California, defendant MODESTUS NWABUGWU IFEMEMBI, also known as "Karl Nwabugwu Odike Ifemembi," "Karlos Geoffrey Mourfy," "Karlos Mourfy," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi," knowingly possessed a document prescribed by statute and regulation for entry into the United States, that is, a U.S. Certificate of Naturalization in defendant IFEMEMBI's name, which defendant IFEMEMBI knew to be falsely made, otherwise procured by fraud, and otherwise unlawfully obtained, in that defendant IFEMEMBI had procured it unlawfully, as charged in Count One of this Indictment.

COUNT FIVE

[18 U.S.C. § 1001(a)(2)]

On or about May 12, 2018, in Orange County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, the United States Department of Homeland Security, United States Citizenship and Immigration Services, defendant MODESTUS NWABUGWU IFEMEMBI, also known as "Karl Nwabugwu Odike Ifemembi," "Karlos Geoffrey Mourfy," "Karlos Mourfy," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi," willfully and knowingly made materially false, fictitious, and fraudulent statements and representations in his Electronic Questionnaire for Investigations Processing, in that defendant IFEMEMBI stated and represented that his date of birth was October 6, 1973, his place of birth was Freetown, Sierra Leone, and that he had not used any name other than "Karlos Mourfy," when, in fact, as defendant IFEMEMBI then knew, his date of birth was not October 6, 1973, his place of birth was Enugu, Nigeria, and he had previously used the names "Modestus Nwabugwu Ifemembi," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi."

COUNT SIX

[18 U.S.C. §§ 1028A(a)(1)]

On or about February 7, 2019, in Orange County, within the Central District of California, defendant MODESTUS NWABUGWU IFEMEMBI, also known as "Karl Nwabugwu Odike Ifemembi," "Karlos Geoffrey Mourfy," "Karlos Mourfy," "Karl M. Mourfy," "Karlos Geoffrey Escoffery," and "Nwabugwu Ifemembi," knowingly possessed, without lawful authority, means of identification that defendant IFEMEMBI knew belonged to another person, namely, the name and date of birth of victim K.G.E., during and in relation to the offense of Fraud and Misuse of an Immigration Document, a felony violation of Title 18,

///

///

///

United States Code, Section 1546(a), as charged in Count Four of this Indictment.

A TRUE BILL

_/s/_
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CHARLES EDWARD PELL
Assistant United States Attorney
Santa Ana Branch Office