**JS-3**

**cc: USPPO**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MODESTUS NWABUGWU IFEMEMBI,<br>   aka "Karl Nwabugwu Odike<br>      Ifemembi,"<br>      "Karlos Geoffrey Mourfy,"<br>      "Karlos Mourfy,"<br>      "Karl M. Mourfy,"<br>      "Karlos Geoffrey<br>       Escoffery," and<br>      "Nwabugwu Ifemembi,"<br><br>   Defendant. | No. 8:21-CR-00070-JLS-1<br><br><u>ORDER DISMISSING INDICTMENT<br>WITHOUT PREJUDICE</u> |

The Court has read and considered the Government's Unopposed Motion to Dismiss the Indictment Without Prejudice Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure as to defendant Modestus Nwabugwu Ifemembi, and finding good cause therefore and that the dismissal is in the interests of justice, the Court hereby GRANTS the motion and ORDERS as follows:

1. The indictment is hereby DISMISSED without prejudice as to defendant Modestus Nwabugwu Ifemembi.
2. The bond is hereby exonerated as to defendant Modestus Nwabugwu Ifemembi.

IT IS SO ORDERED.

April 17, 2025
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE